**IN THE UNITED STATES BANKRUPTCY CURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re:   Kingsley Wright          :          Bankruptcy # 18-10749
                                  :
_____:

**DEBTORS' MOTION TO SELL REAL ESTATE**

1. Debtor filed the instant Voluntary Chapter 13 Petition in 2018.

2. Debtor owns a property located at 5212 Baltimore Avenue, Philadelphia, PA 19143 and seeks to sell the property for a total of $610,000.00.

3. Debtor entered into an Agreement of Sale with Buyer, Selena Oliver on March 13, 2020 with a sale price of $610,000.00 and the settlement is scheduled for on or before July 31, 2020.  (see attached)

4. The proposed sale is an arms length transaction.

5. There is currently no mortgage on the property, however, there are several claims filed against the Debtor's Bankruptcy Estate and Debtor proposes to pay 100 property of the allowed claims totaling $300,341.00.  (see attached Debtor's Six Amended Plan).

6. The proposed sale will satisfy the mortgage and any proceeds will be used to pay off unsecured creditors.

**WHEREFORE**, Debtor prays that this Court enter an order permitting the sale of the real estate at 5212 Baltimore Avenue, Philadelphia, PA 19124 for the sum of $610,000.00.

Respectfully submitted,

Dated:  June 21, 2020

\s\

_____
Jermaine Harris, Esquire
Attorney for Debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____
In Re:   Kingsley Wright          :          Bankruptcy # 18-10749
                                  :
_____:

**ORDER**

AND NOW, this _____ day of _____, 2020, upon consideration of Debtor's Motion to Sell Real Estate,

IT IS HEREBY ORDERED that said Motion is GRANTED and Debtor may sell the real estate located at 5212 Baltimore Avenue, Philadelphia, PA 19143 for $610,000.00 to Selena Oliver.

BY THE COURT:

_____
J.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____
In Re:   Kingsley Wright          :          Bankruptcy # 18-10749
                                  :
_____:

**CERTIFICATION OF SERVICE**

    I, Jermaien Harris, Esquire, attorney for the Debtor in the above-captioned matter do hereby certify that I sent to the Trustee and all interested parties in the above captioned case, a true and correct copy of Debtor's Motion to Sell Real Estate by first class mail or electronic mail and Notice of Motion thereof on June 21, 2020.

\s\
Dated:  June 21, 2020          _____
                                            Jermaine Harris, Esquire
                                            100 South Broad Street, Suite 1523
                                            Philadelphia, PA 19110
                                            (215)385-1091
                                            Attorney for Debtor